## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

DOUBLEVERIFY HOLDINGS INC. and
DOUBLEVERIFY INC.,

    Plaintiff,

    v.                                                      Civil Action No. 25-1535-TDC

ADALYTICS RESEARCH, LLC,

    Defendant.

## ORDER

For the reasons stated during the August 7, 2025 Case Management Conference, it is hereby ORDERED that Defendant is granted leave to file the Motion to Dismiss proposed in ECF No. 22. The Motion will be deemed timely if filed by **September 4, 2025**. Plaintiff's Opposition to the Motion is due by **October 6, 2025**. Any reply brief is due by **October 22, 2025**.

Date: August __7__, 2025

THEODORE D. CHUANG
United States District Judge