IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOUBLEVERIFY HOLDINGS INC. and DOUBLEVERIFY INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADALYTICS RESEARCH, LLC, <br><br> Defendant. | No. 8:25-cv-01535-TDC |

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
<u>UNDER FED. R. CIV. P. 12(B)(6)</u>**

Defendant Adalytics Research, LLC ("Adalytics"), by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 105 to dismiss the Complaint in its entirety and with prejudice. In support of its motion, Defendant relies on the accompanying Memorandum of Law in support of Defendant's Motion to Dismiss the Complaint Under Fed. R. Civ. P. 12(b)(6) (the "Memorandum"), the Declaration of Alison Schary, and the exhibits thereto.

Wherefore, Defendant Adalytics respectfully requests that the Court enter an order granting its Motion to Dismiss the Complaint in its entirety and with prejudice, pursuant to Rule 12(b)(6), for failure to state a claim upon which relief can be granted, and granting such further relief as the Court deems just and proper.

Dated: September 4, 2025

        Respectfully submitted,

        */s/ Alison Schary*
        Alison Schary (#18687)
        Chelsea T. Kelly (#31561)
        Marietta Catsambas (#31794)
        Davis Wright Tremaine LLP
        1301 K Street NW
        Suite 500 East
        Washington, D.C. 20005
        (202) 973-4248
        alisonschary@dwt.com
        chelseakelly@dwt.com
        mariettacatsambas@dwt.com

        *Attorneys for Defendant Adalytics Research, LLC*