**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

DOUBLEVERIFY HOLDINGS INC. and
DOUBLEVERIFY INC.,

               Plaintiffs,

     v.

ADALYTICS RESEARCH, LLC,

               Defendant.

No. 8:25-cv-01535-TDC

**DECLARATION OF ALISON SCHARY**

I, Alison Schary, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for Defendant Adalytics Research, LLC in the above-captioned action.  I submit this Declaration to attach copies of web pages cited in Adalytics' Memorandum of Law in Support of Its Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), pursuant to Section II.A.8 of the Court's Case Management Order (ECF No. 16).  This Declaration is based on my personal knowledge, except as otherwise indicated.

2.      Attached hereto as Exhibit A is a true and correct copy of the report by Adalytics titled "On pre-bid bot detection and filtration - Are ad tech vendors serving US Government and Fortune 500 brands' digital ads to bots?" (the "Report"), available at https://adalytics.io/blog/prebid-bot-filtration, which is cited in footnote 3 of the Complaint.

3.      Attached hereto as Exhibit B is a true and correct copy of a March 28, 2025 press release by Senator Mark Warner titled "Warner Pushes Federal Trade Commission, Justice

Department to Address Rampant Fraud in Digital Advertising," available at

https://www.warner.senate.gov/public/index.cfm/2025/3/warner-pushes-federal-trade-commission-justice-department-to-address-rampant-fraud-in-digital-advertising, which is cited in

footnotes 2 and 6 of Adalytics' brief.

4.     Attached hereto as Exhibit C is a true and correct copy of a May 4, 2022 *Wall Street Journal* article titled "Ad-Tech Firms Didn't Sound Alarm on False Information in Gannett's Ad Auctions," available at https://www.wsj.com/business/media/ad-tech-firms-didnt-sound-alarm-on-false-information-in-gannetts-ad-auctions-11651665602, which is cited in footnote 2 of Adalytics' brief.

5.     Attached hereto as Exhibit D is a true and correct copy of an August 17, 2023 *New York Times* article titled "YouTube Ads May Have Led to Online Tracking of Children, Research Says," available at https://www.nytimes.com/2023/08/17/technology/youtube-google-children-privacy.html, which is cited in footnote 2 of Adalytics' brief.

6.     Attached hereto as Exhibit E is a true and correct copy of a January 10, 2025 statement by DoubleVerify titled "Setting the Record Straight: Addressing Adalytics' Continued Misleading Claims," available at https://doubleverify.com/setting-the-record-straight-addressing-adalytics-continued-misleading-claims/, which is cited in footnote 2 of the Complaint.

7.     Attached hereto as Exhibit F is a true and correct copy of a March 24, 2025 letter from Senator Mark Warner to Andrew Ferguson, Chairman of the Federal Trade Commission, available at https://www.warner.senate.gov/public/_cache/files/9/b/9beb62bb-9be4-4003-862c-7f31e5dc64e7/28124EF34207E1976F98496DE79C2CE9F214F1AE419D59DDA56205D51C39 6709.250324.warner-ferguson-bot-fraud-letter.final.signed.pdf, which is cited in footnote 7 of Adalytics' brief.

8.      Attached hereto as Exhibit G is a true and correct copy of a March 24, 2025 letter from Senator Mark Warner to Pamel Bondi, U.S. Attorney General, available at

https://www.warner.senate.gov/public/_cache/files/2/a/2a67af93-4d82-4c4f-af37-cf20b77a0c7f/01C0BAE9B8B322E4E8A5AD3D45822A96E5E8CAC2E3513A20206BB082B2A5C6D2.250324.warner-bondi-bot-fraud-letter.final.signed.pdf, which is cited in footnote 7 of Adalytics' brief.

9.      Attached hereto as Exhibit H is a true and correct copy of the web page found at the URL https://web.archive.org/web/20250219114502/https:/adalytics.io/about, which is cited in footnote 1 of the Complaint as an archived version of a page from Adalytics' website dated Feb. 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  September 4, 2025


                                        /s/ Alison Schary
                                        Alison Schary (#18687)
                                        Davis Wright Tremaine LLP
                                        1301 K Street NW
                                        Suite 500 East
                                        Washington, D.C. 20005-3317
                                        Tel: (202) 973-4248
                                        alisonschary@dwt.com

                                        *Attorneys for Defendant Adalytics Research, LLC*