# EXHIBIT H



# About Adalytics

Ad quality and transparency platform - without financial conflicts of interest



Adalytics is a next generation ad quality and transparency platform. We help brands secure control over their media investments. Like many other companies, we release thought leadership on systemic issues affecting brands and their media investments as part of our commitment to proactively protect our advertiser clients.

One point of differentiation is our our independence and commitment to transparency. We proactively identify and attribute various problems in digital media supply chains, particularly among adtech vendors, publishers

About Adalytics

1



and other platforms, so clients can proactively mitigate that risk, rather than relying on Adalytics (or another platform) to simply block it. We believe arming our clients with the knowledge necessary to proactively protect their campaigns is much more effective than having a reactive stance.

The company does not undertake research on behalf of any publisher or adtech vendor, nor is any of our research funded by any such company.

Furthermore, one of our most important differentiators from other vendors in this space is that we are not financially conflicted. Our only clientele are brands or media buyers, and we do not accept payments from ad tech vendors or platforms as those vendors tend to be the primary sources of risk to media buyers. Put simply, we do not believe a company can accept payment from ad tech vendors and also be expected to disclose issues with that same vendor without running into significant conflicts of interest. We are deeply committed to maintaining our independence and uncompromised ability to protect the interests and investments of the advertisers and media buyers that we serve.

© 2024 - Adalytics Research LLC Privacy Policy

About Adalytics

2