IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOUBLEVERIFY HOLDINGS INC. and DOUBLEVERIFY INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADALYTICS RESEARCH, LLC, <br><br> Defendant. | No. 8:25-cv-01535-TDC |

**PROPOSED ORDER**

Upon consideration of Defendant Adalytics Research, LLC's Motion to Dismiss the Complaint Under Fed. R. Civ. P. 12(b)(6), and any opposition thereto, it is hereby ORDERED that Adalytics Research, LLC's motion is GRANTED, and that the Complaint is DISMISSED in its entirety with prejudice.

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE