IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| **DOUBLEVERIFY HOLDINGS INC.** and **DOUBLEVERIFY INC.** <br><br>*Plaintiffs*, <br><br> v. <br><br> **ADALYTICS RESEARCH, LLC** <br> *Defendant*. | Civil Action No. 8:25-cv-1535-TDC |

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss the Complaint filed by Defendant Adalytics Research, LLC, and the Opposition to the Motion to Dismiss the Complaint filed by Plaintiffs DoubleVerify Holdings Inc. and DoubleVerify Inc, and for good cause shown, it is hereby ORDERED that the Motion to Dismiss the Complaint is DENIED.

SO ORDERED this _____ day of _____, 2025.

_____
Hon. Theodore D. Chuang
UNITED STATES DISTRICT JUDGE