# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOUBLEVERIFY HOLDINGS INC. and DOUBLEVERIFY INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADALYTICS RESEARCH, LLC, <br><br> Defendant. | No. 8:25-cv-01535-TDC |

## DEFENDANT ADALYTICS RESEARCH LLC,'S
## LOCAL RULE 105(6) REQUEST FOR HEARING

Comes now, Defendant Adalytics Research, LLC, by and through counsel and pursuant to Local Civil Rule 105(6), to request a hearing on Defendant's Motion to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6).

Dated: October 22, 2025         DAVIS WRIGHT TREMAINE LLP

　　　　　　　　　　　　　　　　　　/s/ Alison Schary
　　　　　　　　　　　　　　　　　　Alison Schary (#18687)
　　　　　　　　　　　　　　　　　　Chelsea T. Kelly (#31561)
　　　　　　　　　　　　　　　　　　Marietta Catsambas (#31794)
　　　　　　　　　　　　　　　　　　Davis Wright Tremaine LLP
　　　　　　　　　　　　　　　　　　1301 K Street NW
　　　　　　　　　　　　　　　　　　Suite 500 East
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-3317
　　　　　　　　　　　　　　　　　　Tel: (202) 973-4248
　　　　　　　　　　　　　　　　　　alisonschary@dwt.com
　　　　　　　　　　　　　　　　　　chelseakelly@dwt.com
　　　　　　　　　　　　　　　　　　mariettacatsambas@dwt.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Adalytics Research, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of October, 2025, I electronically served a copy of the foregoing Request for Hearing on all parties receiving CM/ECF notices in this case.

Dated: October 22, 2025

                                              */s/ Alison Schary*
                                                Alison Schary (#18687)