# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

DOUBLEVERIFY HOLDINGS, INC. and
DOUBLEVERIFY, INC.,

    Plaintiffs,

    v.

    Civil Action No. 25-1535-TDC

ADALYTICS RESEARCH, LLC,

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Motion to Dismiss the Complaint, ECF No. 26, is GRANTED IN PART and DENIED IN PART. It is granted in that Count 4 is DISMISSED WITHOUT PREJUDICE. It is otherwise denied.

2. Defendant Adalytics Research, LLC shall file an Answer to the remaining claims in the Complaint within **14 days** of the date of this Order.

Date: April 27, 2026



THEODORE D. CHUANG
United States District Judge