# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| **DOUBLEVERIFY HOLDINGS INC.**, and **DOUBLEVERIFY INC.**, | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | Civil Action No. 8:25-cv-1535-TDC |
| **ADALYTICS RESEARCH, LLC.** | § § | |
| *Defendant.* | § § § | |

## ORDER

Upon Consideration of the Motion to Modify Scheduling Order, the provisions of the Court's Scheduling Order (Dkt. No. 33) are **HEREBY MODIFIED** as follows:

The deadlines in the Scheduling Order are modified as set out in the "Modified Deadline" column in the table below.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | July 13, 2026 | October 8, 2026 |
| Defendants' Rule 26(a)(2) expert disclosures | August 12, 2026 | November 12, 2026 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | August 26, 2026 | December 3, 2026 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 2, 2026 | December 10, 2026 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report, see Part V | September 28, 2026 | December 11, 2026 |
| Requests for admission | October 5, 2026 | January 8, 2026 |
| Notice of Intent to File a Pretrial Dispositive Motion, *see* Case Management Order Part II.A. | October 13, 2026 | January 15, 2027 |

Other than these modifications, the terms of the Court's Scheduling Order remain unchanged.


Dated: _May 29___, 2026


_____
THEODORE D. CHUANG
United States District Judge

2