**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **DOUBLEVERIFY HOLDINGS INC.**, and **DOUBLEVERIFY INC.**, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 8:25-cv-1535-TDC |
| | § | |
| **ADALYTICS RESEARCH, LLC**, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Upon consideration of the Joint Motion to Modify Scheduling Order, and for good cause shown under Fed. R. Civ. P. 16(b)(4),

**IT IS** this 2nd day of September, 2026, by the United States District Court for the District of Maryland,

**ORDERED** that the Joint Motion to Modify Scheduling Order (ECF No. 39) is **GRANTED**; and it is further

**ORDERED** that the following deadlines in the Scheduling Order (ECF No. 33), as previously modified by the Court's Order (ECF No. 35), are hereby further amended:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | October 8, 2026 | December 7, 2026 |
| Defendant's Rule 26(a)(2) expert disclosures | November 12, 2026 | January 11, 2027 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | December 3, 2026 | February 1, 2027 |
| Rule 26(e)(2) supplementation of disclosures and responses | December 10, 2026 | February 8, 2027 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | December 11, 2026 | February 9, 2027 |
| Requests for admission | January 8, 2027 | March 9, 2027 |
| Notice of Intent to File a Pretrial Dispositive Motion | January 15, 2027 | March 16, 2027 |

**ORDERED**, that all other provisions of the Scheduling Order (ECF No. 33) shall remain in full force and effect.

**THEODORE D. CHUANG**
**United States District Judge**